STATE OF CONNECTICUT *v.* MATTHEW MACNEIL

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 508, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Thomas P. Cody* and *Sally S. King,* in support of the petition.

Decided September 25, 1992

STATE OF CONNECTICUT *v.* KEITH JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 645, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Gregory T. D'Auria* and *James W. Bergenn,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided September 25, 1992

ARNOLD L. BEIZER *v.* MICHAEL GOEPFERT
ARNOLD L. BEIZER *v.* MICHAEL GOEPFERT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 693, is denied.

*Mark R. Leder,* in support of the petition.

*James F. Aspell,* in opposition.

Decided September 25, 1992